IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:10cr052 |
| | ) | |
| | ) | JUDGE HAYNES |
| RICKY LYNN WILLIAMS | | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant Ricky Lynn Williams' motion to suppress (Docket Entry No. 21) is **GRANTED**.

It is so **ORDERED**.

**ENTERED** this the 13th day of April 2011.

WILLIAM J. HAYNES, JR.
United States District Judge