IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:10cr-00052 |
| | ) | JUDGE HAYNES |
| RICKY LYNN WILLIAMS, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Government's motion to dismiss (Docket Entry No. 55) the indictment that is **GRANTED** and Defendant shall be released from pretrial detention.

It is so **ORDERED**.

**ENTERED** this the ___ day of May, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge